171 A.3d 1254

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. DERRICK M. MILLER, DEFENDANT-PETITIONER. STATE OF NEW JERSEY, PLAINTIFF, v. ARTHUR L. THOMPSON, A/K/A NASHEED, DEFENDANT.

C–223 Sept.Term 2017

079425

October 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–4022/4055–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

171 A.3d 1255

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. YERO C. BAILEY A/K/A BAILEY C. YERO, DEFENDANT-PETITIONER.

C–229 Sept.Term 2017

079481

October 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001527–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.